IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Darnall, Leland | Case Number: 07 B 16347 |
|---|---|---|
| | Darnall, Nancy | Judge: Wedoff, Eugene R |
| | Printed: 12/02/08 | Filed: 9/7/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 16, 2008
Confirmed: October 25, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 2,806.38 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,637.60 |
| Trustee Fee: | | 168.78 |
| Other Funds: | | 0.00 |
| Totals: | 2,806.38 | 2,806.38 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,080.50 | 2,637.60 |
| 2. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 3. | DaimlerChrysler Servs North America | Secured | 0.00 | 0.00 |
| 4. | Chase Home Finance | Secured | 8,329.68 | 0.00 |
| 5. | World Financial Network Nat'l | Unsecured | 33.24 | 0.00 |
| 6. | World Financial Network Nat'l | Unsecured | 22.85 | 0.00 |
| 7. | Premier Bankcard | Unsecured | 54.80 | 0.00 |
| 8. | United Financial Mortgage Corp | Unsecured | 40.00 | 0.00 |
| 9. | Peoples Energy Corp | Unsecured | 125.36 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 209.14 | 0.00 |
| 11. | B-Real LLC | Unsecured | 168.03 | 0.00 |
| 12. | RoundUp Funding LLC | Unsecured | 161.27 | 0.00 |
| 13. | ECast Settlement Corp | Unsecured | 171.01 | 0.00 |
| 14. | CBSI | Unsecured | | No Claim Filed |
| 15. | Chase Mastercard/Visa | Unsecured | | No Claim Filed |
| | | | $ 12,395.88 | $ 2,637.60 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 68.00 |
| 6.5% | 87.63 |
| 6.6% | 13.15 |
| | $ 168.78 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Darnall, Leland
   Darnall, Nancy
   Printed: 12/02/08

Case Number: 07 B 16347
Judge: Wedoff, Eugene R
Filed: 9/7/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

